## Commonwealth v. Whitton, Appellant.

Before GREINER, P. J., without a jury.

Submitted March 17, 1969. *John H. Cartwright,* with him *John R. Fernan,* for appellant; *Norbert J. Powell,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Widamen, Appellant.

Before SPAETH, JR., J., without a jury.

Submitted March 18, 1969. *Hermann Rosenberger* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.